# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SHIPPING AND TRANSIT LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SALLY BEAUTY HOLDINGS, INC.,<br><br>   Defendant. | CV 16-03841 TJH (SSx)<br><br>**Order To<br>Show Cause<br>re: Dismissal** |

  The Court has reviewed Plaintiff's complaint.

  In the absence of a waiver or, where the Defendant has not answered, the Court may raise, *sua sponte*, the issue of whether venue is proper in this judicial district by ordering Plaintiff to show cause why this action should not be dismissed. *See Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986). Here, it is not clear from the complaint that the Central District of California is the proper venue for this action under either 28 U.S.C. §§ 1391 or 1400(b). Accordingly,

  **It is Ordered** that Plaintiff is Ordered to Show Cause, if it has any, why this action should not be dismissed, *sua sponte*, for improper venue. Plaintiff shall file a written response to this Order to Show Cause by July 11, 2016. Defendant may file a brief in opposition to Plaintiff's written response no later than seven days after

Plaintiff's response is filed. Plaintiff may file a reply brief no later than seven days after any Defendant's opposition is filed. The matter will then stand submitted.

**It is further Ordered** that Plaintiff shall serve Defendant a copy of this Order by July 11, 2016. Upon completion of service, Plaintiff shall electronically file a proof of service.

Date: June 21, 2016

_____
Terry J. Hatter, Jr.
Senior United States District Judge